**Button Jack RHODES, Petitioner—Appellant,**

v.

**Joseph BROOKS, Respondent—Appellee.**

No. 04–7100.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2004.

Decided Dec. 10, 2004.

Button Jack Rhodes, Appellant pro se. Brian Lee Whisler, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Button Jack Rhodes, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition

Against Torture. Accordingly, he has abandoned any such challenge.

filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rhodes v. Brooks,* No. CA–03–735 (E.D.Va. June 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*